UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KATHARINE MORLING, *an individual*,

                      Plaintiff,         **23-CV-8240 (VSB) (VF)**

       -against-                 **RESCHEDULING ORDER**

THE MICHAELS COMPANIES, INC., *a Delaware corporation*; MICHAELS STORES INC., *a Texas corporation*; MICHAELS STORES PROCUREMENT COMPANY, INC., *a Texas corporation*; and DOES 1-10, *inclusive*,

                      Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference in this matter is hereby rescheduled to **Monday, December 9, 2024 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [229 901 487#].** The conference is to address the pending motion for a stay at ECF No. 51.

      **SO ORDERED.**

DATED:    New York, New York
              November 19, 2024

                                                                                _____
                                                                                  VALERIE FIGUEREDO
                                                                                   United States Magistrate Judge