UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

KATHARINE MORLING,

                            Plaintiff,                                  **23-CV-8240 (VSB) (VF)**

          -against-                                            **ORDER**

THE MICHAELS COMPANIES, INC., et al.,

                            Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On July 31, 2024, Defendants moved to stay the above-captioned action pending the resolution of the related action, <u>Morling v. UCP International Co., Ltd.</u>, 24-CV-3081 (VSB) (VF) (the "Related Action"). As discussed at the conference on December 9, 2024, a limited stay of discovery in this action, pending resolution of jurisdictional discovery in the Related Action and resolution of the motion for judgment on the pleadings in the Related Action is appropriate. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 51.

        Additionally, the motions to dismiss and transfer at ECF Nos. 18 and 36 are pending before Judge Broderick and are not within the scope of the referral order. <u>See</u> ECF No. 47.

        **SO ORDERED.**

DATED:       New York, New York
                  December 12, 2024

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                    United States Magistrate Judge