

Attorneys admitted in
California, New York, Illinois,
Texas, Pennsylvania, and
Maine

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

July 9, 2025

**DELIVERED VIA ECF**

The Honorable Vernon S. Broderick
United States Courthouse
500 Pearl Street, Courtroom 518
New York, NY 10007-1312

                        Case Title:      *Morling v. Michaels Stores, Inc., et al.*
                                           1:23-cv-08240-VSB-VF
                        Re:              **Joint Letter re Status of the Case**

Your Honor:

      The Parties write pursuant to your Order of April 1, 2025 (Dkt. No. 80), to update the Court on the status of the case. Discovery remains stayed per Judge Figueredo's order of December 12, 2024 (Dkt. No. 76) while the jurisdictional discovery in the related matter of Katharine Morling v. UCP remains ongoing. Additionally, the parties in the related matter of Katharine Morling v. UCP are engaged in settlement discussions that propose to also resolve the claims in this action, and an informal settlement meeting to that effect is scheduled for this Friday, July 11, 2025, in an effort to resolve both matters.

      In light of the ongoing stay on discovery in this matter, the parties request that the conference currently scheduled for July 16, 2025, be adjourned pending the lifting of Judge Figueredo's order staying discovery. This is the parties' first request of this nature. All parties consent to this request. We thank Your Honor for your attention to this matter.

                                                  Respectfully submitted,

                               By:    */s/ David Michael Stuart Jenkins*
                                       David Michael Stuart Jenkins, Esq.
                                       Scott Alan Burroughs, Esq.
                                       DONIGER / BURROUGHS
                                       For the Plaintiff

**SO ORDERED.**

Date: July 10, 2025

                                                    _____
                                                    Hon. Vernon S. Broderick
                                                    United States District Judge